UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-cv-343-DJH

*- Electronically Filed -*

**DONNIE R. BERRY**

**PLAINTIFF**

**VS.**

**NOTICE OF FILING**

**ARMEN AFRIKIAN D/B/A A & A TRUCKING**
**and ARMEN AFRIKIAN**    **DEFENDANTS**

\*\*\*\*\*

Defendants, Armen Afrikian d/b/a A & A Trucking and Armen Afrikian, by and through counsel, hereby files a signed Civil Cover Sheet, attached hereto.

Respectfully submitted,

LEE A. ROSENTHAL
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky  40513
Telephone: (859) 243-0228
Facsimile:  (859) 243-0528

s/ Lee A. Rosenthal
COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, the foregoing was filed electronically with the Clerk of the United States District Court of the Western District of Kentucky via CM/ECF system, which will send Notice of Electronic Filing to:

Lindsey C. Goetz
Dixie Law Group, PSC
4919 Dixie Highway, Suite B
Louisville KY 40216

                                            s/ Lee A. Rosenthal
                                            COUNSEL FOR DEFENDANTS